[No. 22920–6–I.   Division One.   March 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JARRAY F. WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–00114–8, George T. Mattson, J., entered February 23, 1988. *Reversed* by unpublished opinion per Forrest, J., concurred in by Pekelis and Winsor, JJ.

[No. 24279–2–I.   Division One.   March 26, 1990.]

ANGELA M. TRAUTMAN, *Appellant,* v. AMERICAN ALLIANCE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–20098–1, Edward Heavey, J., entered May 17, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Swanson and Scholfield, JJ.

[No. 9789–7–III.   Division Three.   March 27, 1990.]

FELISITA SANCHEZ, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant,* TWIN CITY FOODS, INC., *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–2–02308–8, Howard Hettinger, J., entered December 16, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 9901–6–III.   Division Three.   March 27, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PEDRO R. SANTELLANO, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–1–00334–1, Yancey Reser, J., entered February 24, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.